```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:____12/15/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
        :
UNITED STATES OF AMERICA        :
        :
    -v-        :        25-MJ-2944 (UA)-3
        :
JAIDN RAMIREZ,        :        ORDER RESCHEDULING
        :        BAIL STATUS HEARING
        Defendant(s).        :
        :
------------------------------------------------------------------ X

KATHARINE H. PARKER, United States Magistrate Judge:

The Bail Status Hearing in this matter that is scheduled for Monday, December 15, 2025, at 4:30 p.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is now rescheduled to **Monday, January 5, 2026, at 4:00 p.m.**

        **SO ORDERED.**

Dated:  December 15, 2025
        New York, New York

_____
        KATHARINE H. PARKER
        United States Magistrate Judge