```
USDC SDNY
DOCUMENT
ELECTRONICALLY  FILED
DOC #:_____
DATE FILED:__02/27/2026_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------  X
          :
UNITED STATES OF AMERICA        :
          :
     -v-      :      26-CR-009 (PGG)-3
          :
JAIDN RAMIREZ,        :      ORDER ADJOURNING
          :      BAIL STATUS HEARING
         Defendant(s).    :
          :
-------------------------------------------------------------------  X

KATHARINE H. PARKER, United States Magistrate Judge:

     In so far as this case has now been assigned to the Honorable Paul G. Gardephe, the Bail

Status Hearing in this matter previously scheduled for Tuesday, March 3, 2026, at 4:15 p.m. is

hereby adjourned.  Counsel is directed to send the court a status letter by **March 27, 2026**

documenting Mr. Ramirez's compliance with Pretrial Services/Bail Conditions.

     **SO ORDERED.**

Dated: February 27, 2026
      New York, New York

                               _____

                                 KATHARINE H. PARKER
                               United States Magistrate Judge