UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>JAIDEN RAMIREZ<br><br>Defendant. | **ORDER**<br><br>26 Cr. 09 (PGG-3) |

PAUL G. GARDEPHE, U.S.D.J.:

At Defendant's request, the conference currently scheduled for October 1, 2026, is adjourned to **September 29, 2026, at 2:30 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
September 25, 2026

SO ORDERED.

Paul G. Gardephe

Paul G. Gardephe
United States District Judge