UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

JAIDEN RAMIREZ

Defendant.

**ORDER**

26 Cr. 09 (PGG-3)

PAUL G. GARDEPHE, U.S.D.J.:

The Court will conduct a conference in this case on **November 13, 2026, at 12:30 p.m.**, in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Defense counsel is directed to submit a letter to the Court by **October 28, 2026**, detailing any progress made regarding the Defendant's participation in the Eastern District of New York's Pretrial Opportunity Program.

Dated: New York, New York
October 14, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge