UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

JAIDEN RAMIREZ,

Defendant.

**ORDER**

26 Cr. 0009 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for November 13, 2026, at 12:30 p.m. is adjourned to **December 2, 2026, at 2:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York

Upon the application of Defendant, by and through his counsel Sabrina P. Shroff (Dkt. No. 114), and with the consent of the United States, the time between November 13, 2026, through December 2, 2026, is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the Defendant in a speedy trial, because it will permit defense counsel to continue her efforts to arrange for the Defendant's admission to the youth opportunity program in the Eastern District of New York and give Defendant time to consider the Government's plea offer.

Dated: New York, New York
November 10, 2026

SO ORDERED.

Paul G. Gardephe
United States District Judge